UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARLOS RICHARD LECROY,<br><br>                      Plaintiff,<br>     v.<br><br>VA SIERRA NEVADA HEALTH CARE SYSTEM,<br><br>                      Defendant. | Case No. 3:24-cv-00272-MMD-CSD<br><br>ORDER |

      *Pro se* Plaintiff Carlos Richard LeCroy seeks to assert a medical malpractice claim against Defendant VA Sierra Nevada Healthcare System related to care he received in May 2023. (ECF No. 1-1.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Craig S. Denney (ECF No. 6), recommending the Court grant LeCroy's application to proceed *in forma pauperis* but also recommending the Court dismiss this case because LeCroy must first present his claim to the Department of Veterans Affairs ("VA"). To date, no objections to the R&R have been filed. Because there is no objection, and as further explained below, the Court will adopt the R&R.

      Because there is no objection, the Court need not conduct de novo review, and is satisfied that Judge Weksler did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations." (emphasis in original)). Judge Denney correctly found that LeCroy must first exhaust his administrative remedies with the VA. (ECF No. 6.) Having reviewed the R&R, Judge Denney did not clearly err.

      It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 6) is accepted and adopted in full.

It is further ordered that LeCroy's application to proceed *in forma pauperis* (ECF No. 4) is granted. Plaintiff is permitted to maintain this action without prepaying the filing fee.

The Clerk of Court is directed to file a copy of the Complaint (ECF No. 1-1).

It is further ordered that this case is dismissed, in its entirety, without prejudice so that LeCroy may exhaust his administrative remedies with the VA.

The Clerk of Court is directed to close this case.

DATED THIS 7th Day of October 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE