**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CARLOS RICHARD LECROY,

Plaintiff

v.

VA SIERRA NEVADA HEALTH CARE SYSTEM,

Defendant

Case No.: 3:24-cv-00272-MMD-CSD

**Order**

Re: ECF No. 11

On October 7, 2024, District Judge Du adopted the undersigned's report and recommendation to grant Plaintiff's application to proceed *in forma pauperis* and dismiss this action without prejudice so Plaintiff can exhaust his administrative remedies with the VA, and to administratively close this case. (ECF No. 7.)

Plaintiff subsequently filed a new application to proceed *in forma pauperis* (ECF No. 11). That application (ECF No. 11) is **DENIED AS MOOT** as Plaintiff was already granted *in forma pauperis* status. Plaintiff shall refrain from filing any further documents in this closed case.

**IT IS SO ORDERED**.

Dated: September 22, 2026

Craig S. Denney
United States Magistrate Judge